UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CASE NO. 1:10CV-151-R

RICHARD ADAMS, *et al.*                                                                 PLAINTIFFS

V.

GENERAL MOTORS, LLC, *et al.*                                                         DEFENDANTS

## *ORDER OF DISMISSAL*

The Court has been informed that a settlement has been reached with all parties.

**IT IS ORDERED** that said action is **DISMISSED** from the docket.  The telephonic conference set on January 5, 2012 is CANCELED.

Thomas B. Russell, Senior Judge
United States District Court

cc: Counsel                                         January 3, 2012